IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRANDI NICOLE JOSEPH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:13-CV-652-WKW |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Magistrate Judge entered a Recommendation (Doc. # 20) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.

Accordingly, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and this case is DISMISSED for failure to prosecute and abandonment of claims.

A separate final judgment will be entered

DONE this 30th day of July, 2014.

　　　　　　　　　　　　　　　　　　／s/ W. Keith Watkins
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE